## Wenzel, Appellant, *v.* Thompson.

Argued April 26, 1909.  Appeal, No. 128, April T., 1908, by plaintiff, from order of C. P. No. 4, Allegheny Co., Fourth Term, 1908, No. 630, discharging rule to sell land in case of Richard Wenzel v. Thomas Thompson, Owner or Reputed Owners, and Wm. B. Rigby, Contractor.  Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ.  Affirmed.

Petition under sec. 38 of the mechanic's lien Act of June 4, 1901, P. L. 431, for a rule to show cause why a structure should not be sold separate from lot and the lot exonerated from mechanics' liens.*

The court granted a rule and subsequently without filing an opinion discharged the rule.

*Error assigned* was the order of the court.

*W. A. Hudson,* for appellant.

*S. Harvey Thompson,* with him *Donaldson Brothers,* for appellee.

PER CURIAM, October 25, 1909:
The six judges who heard this case being equally divided in opinion, the judgment is affirmed.

---

* Section 28 of the mechanic's lien Act of June 4, 1901, P. L. 431, had been declared unconstitutional by the Supreme Court, in a case decided after the case of Wenzel v. Thompson was argued.